121815Lf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

RANDY BLANCHARD,

Petitioner,

vs.

JERRY BARTUFF, Acting Director, Iowa
Department of Corrections,

Respondent.

No. 15 cv 2085 EJM

ORDER

This matter is before the court on Petitioner's motion filed October 27, 2015, to reconsider that part of this court's Order filed October 6, 2015, denying his motion to appoint counsel. Denied.

Prisoner was convicted of first degree murder and felony child endangerment in Chickasaw County District Court in 2009 and is now incarcerated in the Anamosa State Penitentiary. The court has jurisdiction pursuant to 28 USC §1331.

On October 6, 2015, this court approved the Petition through initial review, and granted Petitioner's application to proceed in forma pauperis, but denied petitioner's motion for counsel to be appointed. Based on the file, there appears no good reason to appoint counsel. He enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case. Hoskins v. State, 812 N.W.2d 726 (Iowa Ct. App. 2012.) Wiggins v. Sargent, 753 F.2d 663, 668 (8th Cir. 1985.)   See Davis v. Scott, 94 F.3d

444, 447 (8th Cir. 1996.) The court affirms its prior ruling that the assistance of counsel is not warranted.

It is therefore

ORDERED

Denied.

December 18, 2015

*Edward J. McManus* (signature)
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT